NUMBER 13-08-00707-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


____________________________________________________________

 

IN THE GUARDIANSHIP OF RAQUEL CANTÚ DE VILLARREAL,


AN INCAPACITATED PERSON 


____________________________________________________________


On appeal from County Court at Law No. 2 


of Cameron County, Texas.


____________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Benavides


Memorandum Opinion Per Curiam


 Appellant, Ignacio Villarreal Cantù, has filed a motion to dismiss his appeal. 
Appellees agree that the appeal should be dismissed. 

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellant's motion to dismiss is GRANTED, and the appeal is hereby
DISMISSED. Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the appellant."). Having dismissed
the appeal at appellant's request, no motion for rehearing will be entertained, and our
mandate will issue forthwith.

 The motion for temporary relief and sanctions, previously filed by appellees, is
DENIED. Appellees' motion to consolidate and dismiss, as it pertains to this cause, is
likewise DENIED, as is their motion for oral argument.


 PER CURIAM

Memorandum Opinion delivered and

filed this the 2nd day of April, 2009.